```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/18
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Se Dong Jin<br>on behalf of himself and all other<br>Plaintiffs similarly situated known and unknown,<br><br>    Plaintiff,<br>v.<br><br>**Phigra Janitorial Services, LLC., City Practice Group of New York, LLC dba City MD Urgent Care and Mo Hyun Kang**<br><br>    Defendants. | Index No. 18-cv-2802-PGG-BCM<br><br>Judge Paul G. Gardephe<br><br>Magistrate Barbara C. Moses |

## CONSENT ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consent and agreement of counsel for all parties, it is hereby ORDERED that all claims in this matter are dismissed without prejudice and that each party will bear their respective attorney fees and costs.

SO ORDERED, this __30th__ day of May, 2018.

_____
Paul G. Gardephe
United States District Judge
Southern District of New York

Respectfully submitted,

By: _____
Attorney for Plaintiff

Ryan J. Kim, Esq.
Ryan Kim Law
163-10 Northern Blvd. Suite 205
Flushing, NY 11358
(Counsel for Plaintiff)

By: _____
Attorney for Defendants

~~Joshua S. Lim~~ Kendal Sim, Esq
Kim, Cho & Lim, LLC
460 Bergen Blvd. Suite 305
Palisades Park, NJ 07650
(Counsel for Defendants)

1